DANIEL P. SMITH, Respondent, *v.* THE BUFFALO, ROCHESTER
AND PITTSBURGH RAILROAD COMPANY, Appellant.

Reported below, 72 Hun, 545.
(Argued December 3, 1895; decided December 19, 1895.)

APPEAL from judgment of the General Term of the Supreme
Court in the fifth judicial department, entered upon an order
made October 3, 1893, which affirmed a judgment in favor of
plaintiff entered upon a verdict, and also affirmed an order
denying a motion for a new trial.

*Henry G. Danforth* for appellant.

*E. F. Babcock* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except HAIGHT, J., not sitting.